# Court of Appeals
# of the State of Georgia

ATLANTA,  December 03, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0713. ASHLEY WRIGHT et al v. HADC PARK AT 500 LLC.

HADC Park at 500, LLC filed a dispossessory action in magistrate court against Ashley Wright and Daina Richardson ("defendants"). After the magistrate court entered judgment and a writ of possession in favor of HADC Park, defendants appealed to the superior court. HADC Park filed a motion to dismiss, which the superior court granted. In doing so, the superior court again issued a writ of possession in favor of HADC Park.[1] Defendants then filed a motion for new trial seeking to set aside the superior court's dispossessory ruling. The superior court denied the motion and defendants appeal. We, however, lack jurisdiction.

Appeals from decisions of superior courts reviewing decisions of lower courts by petition for review must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (1). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dep't of Human Res.*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because defendants seek to appeal a decision of the superior court reviewing a decision of the magistrate court, they were required to file an application for discretionary review. Their failure to do so deprives us of jurisdiction over this direct appeal.

---

[1] In Case No. A26A0650, defendants appeal this ruling.

Accordingly, we hereby DISMISS this appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*___12/03/2025_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*